FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2014

No. 04-13-00723-CV

Jad P. **HARPER** and Juan Carlos Garcia,
Appellant

v.

**FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY** and Aslam S. Gilani,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 11-07-26624-MCV
Honorable Cynthia L. Muniz, Judge Presiding

# O R D E R

The reporter's record was originally due October 4, 2013, but was not filed. We sent a notice of late record to the reporter. On October 30, 2013, the court reporter responded to our notice by filing a notification of late record in which she stated appellant had made payment arrangements for the record and asking for an additional sixty days to file the reporter's record. We granted the extension, and the record was therefore due on December 30, 2013. The record was not filed, so the clerk's office of this court called the court reporter and advised her that she needed to file the record or request another extension of time. In response, on January 10, 2014, the court reporter filed a notification of late record stating the record was not filed because appellants "ha[ve] not followed through with our agreement for payment. So I have suspended my work on the reporters [sic] record." *See* TEX. R. APP. P. 34.6(b), 35.3(b).

Accordingly, we **order** appellants to provide written proof to this court on or before **January 24, 2014** that either (1) the reporter's fee has been paid, or (2) appellants are entitled to the record without prepayment of the reporter's fee. *See* TEX. R. APP. P. 35.3(b). If appellants fail to respond within the time provided, appellants' brief will be due **February 13, 2014**, and the court will only consider those issues or points raised in appellants' brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2014.



Keith E. Hottle
Clerk of Court